# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE WOODARD, ) <br> ) <br> Petitioner, ) <br> ) <br>     vs. ) <br> ) <br> MICHAEL CLARK, ATTORNEY ) <br> GENERAL OF THE STATE OF PA, ) <br> and DISTRICT ATTORNEY OF ERIE ) <br> COUNTY, ) <br> ) <br> Respondents. ) | Civil Action No. 1:17-174 <br> Judge Nora Barry Fischer <br> Magistrate Judge Susan Paradise Baxter |

## ORDER OF COURT

AND NOW, this day of 8th day of August, 2017, after the Petitioner filed a Petition for a Writ of Habeas Corpus, (Docket No. [3]) and Brief in Support, (Docket No. [4]) in action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge on July 17, 2017, recommending that the Petition be dismissed and that no certificate of appealability should issue, (Docket No. [5]), and also granted all parties until July 31, 2017 to file written objections thereto and permitted unregistered ECF users until August 3, 2017 to file such objections, and no objections having been filed by those deadlines, and upon independent review of the record, and further consideration of the Magistrate Judge's Report and Recommendation, (Docket No. [5]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus [3] is DISMISSED;

IT IS FURTHER ORDERED that no certificate of appealability shall issue;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case

CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                            *s/Nora Barry Fischer*
                                            Nora Barry Fischer
                                            United States District Judge

cc:       Honorable Susan Paradise Baxter
          United States Magistrate Judge

          All Counsel of Record by electronic filing

          Notice by first class mail to all of the following:

          Maurice Woodard
          GC-5579
          SCI ALBION
          10745 Route 18
          Albion, PA 16475-0002

          Superintendent Michael Clark
          SCI Albion
          10745 Route 18
          Albion, PA 16475-0001

          Pennsylvania Office of Attorney General
          16th Floor, Strawberry Square
          Harrisburg, PA 17120

          Jack Daneri, Esq.
          Erie County District Attorney's Office
          Erie County Courthouse
          140 West Sixth Street
          Erie, Pennsylvania 16501